THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY LEWIS, Appellant.

(Argued May 25, 1934; decided June 8, 1934.)

*Carl J. Lewis* and *Michael I. Winter* for appellant.

*William Copeland Dodge,* District Attorney (*LeRoy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.